IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Daniel, Evelyn | Case Number: 07 B 01714 |
|---|---|---|
| | Perez, David | Judge: Wedoff, Eugene R |
| | Printed: 1/15/08 | Filed: 2/1/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: June 21, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 4,240.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 4,240.00 |
| Totals: | 4,240.00 | 4,240.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 2. | Household Financial Corporation | Secured | 0.00 | 0.00 |
| 3. | Household Financial Corporation | Secured | 0.00 | 0.00 |
| 4. | CitiMortgage Inc | Secured | 18,478.21 | 0.00 |
| 5. | Asset Acceptance | Unsecured | 0.00 | 0.00 |
| 6. | Capital One | Unsecured | 166.57 | 0.00 |
| 7. | Chase Bank | Unsecured | 976.07 | 0.00 |
| 8. | RJM Acquisitions LLC | Unsecured | 9.64 | 0.00 |
| 9. | RoundUp Funding LLC | Unsecured | 135.85 | 0.00 |
| 10. | Capital One | Secured | | No Claim Filed |
| 11. | Internal Revenue Service | Secured | | No Claim Filed |
| 12. | Internal Revenue Service | Priority | | No Claim Filed |
| 13. | World Financial Network Nat'l | Unsecured | | No Claim Filed |
| 14. | GE Capital Corporation | Unsecured | | No Claim Filed |
| 15. | Capital One | Unsecured | | No Claim Filed |
| 16. | Lord & Taylor | Unsecured | | No Claim Filed |
| 17. | RJM Acquisitions LLC | Unsecured | | No Claim Filed |
| 18. | JC Penney Corporation Inc | Unsecured | | No Claim Filed |
| 19. | Discover Financial Services | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 19,766.34 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Daniel, Evelyn | Case Number:  07 B 01714 |
| Perez, David | Judge:  Wedoff, Eugene R |
| Printed:  1/15/08 | Filed:  2/1/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

